FRANK GOVEL, an infant, by NELLIE GOVEL, His Guardian ad Litem, Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF ALBANY et al., Appellants, et al., Defendants.

JOSEPH GOVEL, Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF ALBANY et al., Appellants, et al., Defendants.

Argued November 17, 1944; decided December 30, 1944.

*Kenneth J. Dugan* for appellants.

*Daniel H. Prior* and *Anthony Pitkiewicz* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ. LOUGHRAN, J., dissents from affirmance of judgment against the Board of Education of the City of Albany.